AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00001 |
| Frank Dahlquist | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 1/4/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Frank Dahlquist ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1),(2), and (4) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 111(a)(1), Forcibly assaulting, resisting, opposing, or impeding a person designated in section 1114;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
40 U.S.C. § 5104(e)(2) (D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 01/04/2024                                  2024.01.04 12:30:58 -05'00'
                                                  *Issuing officer's signature*

City and state: Washington, D.C.           Robin M. Meriweather, U.S. Magistrate Judge
                                                  *Printed name and title*

---

**Return**

This warrant was received on (date) 01/04/2024 , and the person was arrested on (date) 01/10/2024
at (city and state) Helena Montana .

Date: 01/10/2024
                                                  *Arresting officer's signature*

                                                  Christopher Quintero Special Agent
                                                  *Printed name and title*