UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,**<br>　　　　　　**Complainant,**<br><br>　　v.<br><br>**FRANK DAHLQUIST,**<br>　　　　　　**Defendant.** | Case No. **24-cr-00443**-BAH |

## DAHLQUIST COUNSEL REQUEST FOR VIRTUAL PRE-TRIAL HEARING ON JANUARY 23, 2025

Counsel is able to physically make tomorrow's hearing and if so ordered will of course be there with Defendant Dahlquist, but his health is not yet restored.

With Saturday came the confirmation of Type A flu and he has not left his home. He is out of bed for between 4 – 6 hours per day. His last fever (low grade) was on Tuesday morning at 2:30 a.m. and it has not returned. He is happy to report losing 8 lbs. He does not believe he is transmissive. It's not clear what part of the sickness is affecting energy levels and undermining a state of well-being, but its undeniable.

He has not yet consulted with a physician because he expects his health to fully restore. That being said, undersigned counsel requests a virtual hearing to avoid what will be a 12-14 hour day. Undersigned counsel recognizes there are many reasons why a court requires physical appearance that override any concerns referenced above and he reaffirms that he is

able and more that willing to attend as required.

For the Honorable Court's information Defendant Dahlquist is booked on a flight that requires him to leave his home in three hours so this motion does not need to be considered after 2 p.m. est.

January 22, 2025                    **RESPECTFULLY SUBMITED,**

*Counsel for Defendant*

/s/ Brad Geyer
Bradford L. Geyer, PHV
NJ 022751991
Suite 141 Route 130 S. 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date my law firm is filing the foregoing with the Court by its ECF record-keeping and filing system on the date stated just above, which automatically provides a copy to:

MATTHEW M. GRAVES
UNITED STATES ATTORNEY, by:

Sean Brennan
DOJ-USAO
Criminal Division - Capitol Siege Section
601 D St NW
Washington, DC 20579
202-252-7125
sean.brennan@usdoj.gov

Benet Kearney
U.S. ATTORNEY'S OFFICE
26 Federal Plaza
New York, NY 10278
212-637-2260
benet.kearney@usdoj.gov

David Perri
USAO
LRM: Weaver, Tracie
Federal Building United States Courthouse
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
304-234-0100
304-234-0111 (fax)
david.perri@usdoj.gov

Karen E. Rochlin
DOJ-USAO
99 Northeast 4th Street
Miami, FL 33132
305-961-9234
karen.rochlin@usdoj.gov

/s/ Brad Geyer
Bradford L. Geyer, PHV